U.S. DISTRICT COURT JUDGE ROBERT J. BRYAN
U.S. MAGISTRATE JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESTICA YOW, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of the Social Security Administration, <br><br> Defendant. | NO. C11-5688-RJB-KLS <br><br> MOTION AND ORDER TO SEAL PREVIOUSLY FILED EXHIBIT "A" TO PLAINTIFF'S OPENING BRIEF <br><br> CLERK'S ACTION REQUIRED |

I. MOTION

PLAINTIFF hereby moves the Court for an Order sealing Ex. "A", as attached to Plaintiff's Opening Brief filed on February 21, 2012.  Exhibit "A", as originally filed on 2/21/12, was not redacted in accordance with Local Rule CR5.2(a), and contained plaintiff's Social Security Number.  Plaintiff has filed on this date a Praecipe (See ECF Document 18), which attaches a redacted version of Ex. "A" in compliance with Local Rule CR5.2(a).  Plaintiff is

MOTION AND ORDER TO SEAL EX. "A"
PREVIOUSLY FILED ON 2/21/12
[C11-5688RJB-KLS]
Page 1 of 3

MADDOX & LAFFOON
ATTORNEYS AT LAW
410-A South Capitol Way
Olympia, WA  98501
360.786.8276
FAX: 360.534.9516

simply requesting the Court to seal and make inaccessible in the public record the Ex. "A" attached to the Opening Brief filed on 2/21/12 so filings in this case are in compliance with this Court's local rules.

DATED: April 9, 2012        /s/ Stephen A. Maddox_____
                            STEPHEN A. MADDOX, WSBA #10682
                            Attorney for Plaintiff

## ORDER

The above motion to seal Exhibit "A" to plaintiff's opening brief is hereby granted.

DATED this 11th day of April, 2012.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

Presented by:

/s/_____
STEPHEN A. MADDOX, WSBA #10682
Attorney at Law

MOTION AND ORDER TO SEAL EX. "A"
PREVIOUSLY FILED ON 2/21/12
[C11-5688RJB-KLS]
Page 2 of 3

MADDOX & LAFFOON
ATTORNEYS AT LAW
410-A South Capitol Way
Olympia, WA  98501
360.786.8276
FAX: 360.534.9516

CERTIFICATE OF ELECTRONIC FILING:

This is to certify that I electronically filed the foregoing Motion to Seal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to <u>Benjamin Groebner, Special Asst. U.S. Attorney, and Kerry Keefe, SSA-OGC.</u>

DATED:  April 9, 2012                                  /s/_____
                                                       Dawn Krech, Legal Assistant
                                                       MADDOX & LAFFOON, P.S.
                                                       mcdkrech@comcast.net

MOTION AND ORDER TO SEAL EX. "A"
PREVIOUSLY FILED ON 2/21/12
[C11-5688RJB-KLS]
Page 3 of 3

MADDOX & LAFFOON
ATTORNEYS AT LAW
410-A South Capitol Way
Olympia, WA  98501
360.786.8276
FAX: 360.534.9516