U.S. DISTRICT COURT JUDGE ROBERT J. BRYAN
U.S. MAGISTRATE JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESSICA YOW )
)
      Plaintiff, ) NO. C11-5688-RJB-KLS
)
vs. )
) MOTION AND ORDER
) TO SEAL PREVIOUSLY
MICHAEL J. ASTRUE, ) FILED EXHIBIT "A" TO PLAINTIFF'S
Commissioner of the Social Security ) OPENING BRIEF
Administration, )
) CLERK'S ACTION REQUIRED
      Defendant. )
_____ )

I. MOTION

PLAINTIFF hereby moves the Court for an Order sealing Ex. "A", as attached to Plaintiff's Opening Brief filed on February 21, 2012. Exhibit "A", as originally filed on 2/21/12, was not redacted in accordance with Local Rule CR5.2(a), and contained plaintiff's Social Security Number. Plaintiff has filed on this date a Praecipe (See ECF Document 18), which attaches a redacted version of Ex. "A" in compliance with Local Rule CR5.2(a). Plaintiff is

MOTION AND ORDER TO SEAL EX. "A"
PREVIOUSLY FILED ON 2/21/12
[C11-5688RJB-KLS]
Page 1 of 3

MADDOX & LAFFOON
ATTORNEYS AT LAW
410-A South Capitol Way
Olympia, WA 98501
360.786.8276
FAX: 360.534.9516

simply requesting the Court to seal and make inaccessible in the public record the Ex. "A" attached to the Opening Brief filed on 2/21/12 so filings in this case are in compliance with this Court's local rules.

DATED: April 9, 2012                    /s/ Stephen A. Maddox
                                        STEPHEN A. MADDOX, WSBA #10682
                                        Attorney for Plaintiff

## ORDER

The above motion to seal Exhibit "A" to plaintiff's opening brief is hereby granted.

DATED this 11th day of April, 2012.

                                        Karen L. Strombom
                                        United States Magistrate Judge

Presented by:

/s/_____
STEPHEN A. MADDOX, WSBA #10682
Attorney at Law

MOTION AND ORDER TO SEAL EX. "A"
PREVIOUSLY FILED ON 2/21/12
[C11-5688RJB-KLS]
Page 2 of 3

MADDOX & LAFFOON
ATTORNEYS AT LAW
410-A South Capitol Way
Olympia, WA 98501
360.786.8276
FAX: 360.534.9516

## CERTIFICATE OF ELECTRONIC FILING:

This is to certify that I electronically filed the foregoing Motion to Seal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to <u>Benjamin Groebner, Special Asst. U.S. Attorney, and Kerry Keefe, SSA-OGC.</u>

DATED: April 9, 2012

/s/_____
Dawn Krech, Legal Assistant
MADDOX & LAFFOON, P.S.
mcdkrech@comcast.net

MOTION AND ORDER TO SEAL EX. "A"
PREVIOUSLY FILED ON 2/21/12
[C11-5688RJB-KLS]
Page 3 of 3

MADDOX & LAFFOON
ATTORNEYS AT LAW
410-A South Capitol Way
Olympia, WA 98501
360.786.8276
FAX: 360.534.9516